Mary A. Foose, Respondent, v. Village of Blasdell, Appellant. — Order entered substituting John Foose, as administrator, etc., as plaintiff, in place and stead of Mary A. Foose, deceased. Judgment and order affirmed, with costs. All concurred.

Clyde H. Lanctot, Appellant, v. William H. Mehl, Respondent.— Order affirmed, with costs. All concurred.

H. Adelbert Marsh, Respondent, v. Otto Fishbein, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Elizabeth B. Rice McArthur, Respondent, v. Commercial Travelers Mutual Accident Association of America, Appellant.— Judgment affirmed, with costs. All concurred.

Hannah C. Dennin, Appellant, v. Ida J. Angle and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Clark Paper and Manufacturing Company, Respondent, v. Edward D. Stenacher, Appellant.— Motion for reargument denied, without costs.

Edward C. Gibbons, Appellant, v. Charles R. Bradbury, Respondent. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Buffalo Cold Storage Company, Appellant, v. Peter Prozeller, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

The People of the State of New York ex rel. Lake Shore and Michigan Southern Railway Company, Appellant, v. Warren R. Fizzell and Others, as Assessors of the Town of Dunkirk, Respondents. (1913 Assessment.) — Motion granted and appeal dismissed, with costs.

The People of the State of New York ex rel. Lake Shore and Michigan Southern Railway Company, Appellant, v. Samuel J. Seawright and Others, as Assessors of the Town of Dunkirk, Respondents. (Assessment of 1914.) — Motion granted and appeal dismissed, with costs.

The People of the State of New York ex rel. Dunkirk, Allegheny Valley and Pittsburgh Railroad Company and Others, Appellants, v. Warren R. Fizzell and Others, as Assessors of the Town of Dunkirk, Respondents.— Motion granted and appeal dismissed, with costs.

The People of the State of New York ex rel. Dunkirk, Allegheny Valley and Pittsburgh Railroad Company, Appellants, v. Samuel J. Seawright and Others, as Assessors of the Town of Dunkirk, Respondents. — Motion granted and appeal dismissed, with costs.

George T. Nelson, Respondent, v. Lake Shore and Michigan Southern Railway Company, Appellant.— Motion to dismiss appeal denied, and case put over present term of court upon payment of ten dollars to respondent's attorney by appellant.

John P. Sullivan, Respondent, v. Edward Koepf, Appellant.— Appeal dismissed, without costs, upon stipulation filed.